DOUGLAS R. THORN (CA Bar No. 133521)
Angelo, Kilday & Kilduff
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone – (916) 564-6100
Facsimile – (916) 564-6263
Emails – dthorn@akk-law.com

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MICHELS, | Case Number: 2:06-CV-00313-WBS-GGH |
| Plaintiff, | STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE |
| vs. | |
| TOWN OF PARADISE, OFFICER WEGENER, OFFICER GABLER and DOES 4 to 50, inclusive, | |
| Defendants. | |

The parties, by and through their attorneys of record, hereby stipulate and agree as follows:

1. This case shall, subject to Court approval, be dismissed with prejudice.
2. Each party shall bear their own costs, expenses and attorney fees.

SO STIPULATED

                                        ANGELO, KILDAY & KILDUFF

                                        */s/ Douglas R. Thorn*
                                        By:_____
 Dated: June 13, 2006                   DOUGLAS R. THORN
                                        Attorneys for Defendants

-1-

NOTICE OF REMOVAL

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
| Dated: June 13, 2006 | */s/ Larry L. Baumbach*<br>By:_____<br>LARRY L. BAUMBACH<br>Attorneys for Plaintiff |

## ORDER

The Court has considered the stipulation of the parties. Good cause appearing therefore, the Court adopts the stipulation of the parties as the order of the Court. This case is dismissed with prejudice.

IT IS SO ORDERED

June 15, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com